IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

ALOYSIUS THADDEUS HENRY. )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 2:07-CV-851-MHT
)  (To be supplied by Clerk of
MAYOR,BOBBIE BRIGHT.CHIEF OF POL- )  U.S. District Court)
)
ICE,AUTHOR BALEY,OFFICER,K.D.BOW- )
)
ENS,OFFICER,REEVES,DET,N.T.BUCE, )
)
SHERIFF,D.T.MARSHALL,JUDGE,LYNN C. )
)
BRIGHT,JUDGE,CHARLES PRICE. )
ATTORNEY,ANTHONY TODD CARTER, )
ATTORNEY,DEBRA HOLLIS,ATTORNEY, )
ANNA COOK. et,al,.
DEFENDANTS,ET,AL,.

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )   NO (XXX)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )   NO (XX)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            _____N/A_____

            Defendant(s) _____N/A_____

            _____N/A_____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____N/A_____

            _____N/A_____

Stamp: RECEIVED 2007 SEP 21 A 9:57 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned __N/A__
   _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___
   _____N/A_____

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT **STATON CORRECTIONAL FACILITY.**
**P.O. BOX 56 ELMORE, ALABAMA 36025. DORM-C2-11-B**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED N/A
_____N/A_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
   NAME                                   ADDRESS

1. MAYOR, BOBBIE BRIGHT. MONTGOMERY COUNTY CITY HALL, MONT, ALA 36104.

2. CHIEF OF POLICE. AUTHOR BALEY. MONTGOMERY CITY POLICE DEPT. RIPLEY, ST MONT, ALA 36104.

3. OFFICER, K.D. BOWENS, AND OFFICER, REEVES, AND DET. N.T. BUCE. MONT, CITY POLICE DEPT, RIPLEY ST. MONT, ALA 36104.

4. SHERIFF, D.T. MARSHALL, 251 S. LAWRENCE ST. MONT, ALA 36104. LYNN C. BRIGHT AND JUDGE, CHARLES PRICE. 251 S. LAWRENCE ST. MONT, ALA 36104. ANTHONY TOD

5. CARTER. 621 SOUTH HULL ST. MONT, ALA 36104. DEBRA HOLLIS, 300 WARTER ST, SUIT

6. 214 MONT, ALA 36104. ANNA COOK, P.O. BOX 70055 MONT, ALA 36107.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  9/12/05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I WAS ILLEGALLY ARRESTED WITH A COMPLAINT THAT HAD ANOTHER PERSON'S NAME ON IT, (DONNA TEETER) WERE THE COMPLAINT WAS NOT SIGNED BY A WARRANT CLERK OR BY A JUDGE OR MAGRISTATE. WHICH VIOLATED BY CONSTITUTIONAL RIGHTS TO BE FREE FROM A WRONGFULL ARREST.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

IWAS ARRESTED BY TWO OFFICERS,K.D.BOWENS AND REEVES,WHERE THE COMPLAINT AND THE AFFIDAVIT WAS NOT SIGNED BY OR INTTALED BY A JUDGE OR A WARRANT CLERK' OR A MAGRISTRATE.WERE THE COMPLAINT HAD ANOTHER PERSONS NAME ON IT(DONNA TEETER) AND IT WAS DATED FOR NOVEMBER OF 2004.WITH ANOTHER WARRANT NUMBER ON IT WHICH WAS SCRACHED THREW AND THE PLAINTIFF"S NAME WAS PLACED ON THE COMPLAINT.THEN THE PLAINTIFF FILED FOR A PRELIMINARY HEARING ON THE 12/5/04.WERE THE HEARING WAS NOT GIVEN UNTIL THE 1/27/05.PAST THE TIME AS OF THE RULES OF COURT UNDER 5.1(a)WHERE A MOTION WAS PRESENTED TO DISMISS AND THE JUDGE LYNN C. BRIGHT WOULD NOT HONOR THE MOTION AS OF THE RULES OF COURT,WHICH CLEARLY VIOLATED THE EQUAL PROTECTION RIGHTS OF THE PLAINTIFF,AND VIOLATED THE CONSTITUTIONAL RIGHTS.

GROUND TWO:

SUPPORTING FACTS: THEN ATTORNEYS ANTHONY TODD CARTER,AND DEBRA HOLLIS WAS APPOINTED TO BY THE COURTS,WHERE BOTH ATTORNEYS GOT OFF THE PLAINTIFFS CASE WITHOUT FILING ANY FORMAL MOTIONS AS OF THE RULES OF COURT UNDER 6.2(c)WHICH VIOLATED THE RIGHTS OF THE PLAINTIFF,AND VIOLATED DUE-PROCESS AND PERJURED THE PLAINTIFF TO HAVING A FAIR TRIAL,ANNA COOK WAS THE ONE WHO DEFEND'D THE PLAINTIFF,BUT NOTHING IN THE RECORD SHOW"S THAT SHE WAS EVER APPOINTED BY THE COURTS,THIS IS A CLEAR VIOLATION OF THE PLAINTIFFS RIGHTS TO HAVING A FAIR TRIAL,AND IT HAS CAUSE"D SERIOUS INJURY,WHILE THE NAMED DEFENDANTS WERE ACTING UNDER COLOR OF STATE LAW KNOWING TO DEPRIVE THE PLAINTIFF OF HIS RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES TO DEPRIVE A CITIZEN OF HIS LIBERTY KNOWING WHILE ACTING UNDER COLOR OF STATE LAW,JUDGE,CHARLES PRICE KNEW THREW LETTERS AND DOCUMENT OF THE VIOLATION BUT FAILED TO CORRECT THEM,THEREFORE HE ALSO CAN BE HELD LIABLE WHILE ACTING UNDER COLOR OF STATE LAW.TO VIOLATE THE RIGHT OF THE PLAINTIFF.

GROUND THREE:

SUPPORTING FACTS: TO DEPRIVE A CITIZEN OF THEIR RIGHTS WHICH ARE SECURED BY THE CONSTITUTION OF THE UNITED STATES AND KNOWLY VIOLATE THE EQUAL PROTECTION OF THE LAW WHILE ACTING UNDER COLOR OF STATE LAW(S) THAT ARE OWED TO A CITIZEN,WHERE THE DEFENDANTS HAVE NOT FOLLOWED THE RULES OF COURT AT ALL CAN BE HELD LIBILE WHILE UNDER COLOR OF STATE LAW CLEARLY VIOLATED THE PLAINTIFFS RIGHTS SECURED BY THE UNITED STATES AS A CITIZEN IN DEALING WITH A CRIMINAL PROCEDING.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

PUNTIVE DAMAGES IN THE AMOUNT OF $25.000.000. FROM EACH DEFENDANT JOINTLY AND SEVERALLY. AND $20.000,000. COMPENSATORY DAMAGES FROM EACH DEFENDANT JOINTLY AND SEVERALLY. A TRIAL BY JURY AND COST IN THE SUIT AND ANY ADDITIONAL RELIEF THE COURTS SEE FIT OR JUST IN THIS CAUSE OF ACTION.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___9/10/07___ .
(Date)

_____
Signature of plaintiff(s)

4

# "AFFIDAVIT"

Comes. Now I **MICHAEL ANTHONY Whaley** states as of The Truth In This Matter. That on December 2, 2004, at No Time did Mr. Aloysius Thaddeus Henry, B/M Robbed Me at The Speedy's Service Station, I Told A Lie Which Caused him To be arrested Wrongfully and Illegally. This Never Happen where I have A Drug Problem and I clearly lied on him. This is To Retrack any statement earlyer given To Police, or Detectives. This man Never Robbed Me at all, For The $8.00 I spent It on Dope in smiley court as he stated I did on 12-2-04. Done on this The __22nd__ day of December 2006.

Alleged victom: _Michael A. Whaley_
Michael Anthony Whaley:

Sworn To under The Penalty of Purjury: I Make This Statement and Affidavit, where I have Never been Threaten, or Made To Sign anything This is on My own Free Will..

Witness: 249921 Stefranio K. Hampton

Alleged victom: _Michael A. Whaley_

Notary _Cynthia M. Bradley_    My Commission expires 12-15-2009

# AFFIDAVIT

Comes Now, I <u>MICHAEL ANTHONY Whaley</u> states under the penalty of purjury. That on December, 2nd 2004, <u>AT NO TIME</u> Did Aloysius Thaddeus HENRY, B/M Robb me at the Speedy's Service Station at 1175 W. South Blvd. Montgomery, Alabama 36108. I Told A Lie, which has caused him to be Arrested Wrongfully and Illegally. This Robbery Never has happen, where I have a Drug Problem and I Clearly Lied on him. I would like to Retract any, and all Statements That I have earlyer given to the Police, OR The Detectives with The Montgomery Police Department. Aloysius Thaddeus Henry, Never Robbed me at all I Spent The $800 on Drugs in Smiley Court Just As The Accused Stated That I did on December, 2nd 2004.

IM Making This Statement, and AFFIDAVIT, where I have Not been Threaten or Made to Sign anything. This comes on My own Free will As of The Truth in This Matter where Mr. Henry Should be Released From Prison he never Robb me at all I Clearly Lied.

Alleged Victom _Michael A. Whaley_ 249599
MIchael ANThony Whaley;

Sworn to and Subscribed before me
this 24th day of December 2006

NOTARY _Cynthia M. Butler_      My commission expires 12-15-2009

Witness: 249421 STEFRANIO K. HAMPTON

Mr. Aloysius T. King #152683
P.O. Box 56
Elmore, Ala. 36025

02-11-B
9577

Office of the Court Clerk.
P.O. Box 711
Montgomery, Ala. 36101-0711

LEGAL MAIL