IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY,  )<br>AIS #152683, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>BOBBY BRIGHT, et al., )<br>)<br>　　Defendants. ) | CIVIL ACTION NO. 2:07-CV-851-MHT |

**ORDER ON MOTION**

Upon review of the application/affidavit for leave to proceed without prepayment of fees filed by the plaintiff on September 28, 2007 (Court Doc. No. 4), which the court construes as a motion for leave to proceed *in forma pauperis*, and in light of the order entered on September 26, 2007 (Court Doc. No. 3) denying plaintiff leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(g), it is

ORDERED that this motion be and is hereby DENIED as moot.

Done this 28th day of September, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE