IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALOYSIUS THADDEUS HENRY, | ) | |
| AIS #152683, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-851-MHT |
| | ) | |
| BOBBY BRIGHT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

There being no objections to the Recommendation of the Magistrate Judge filed 26 September 2007 (Doc. #3), and after an independent review of the record; it is hereby

ORDERED that:

1.    The Recommendation (Doc. #3) is ADOPTED; and

2.    This case, filed under 42 U.S.C. § 1983, is DISMISSED without prejudice for failure of the Plaintiff to pay the full filing fee upon the initiation of this case.

DONE, this the 23rd day of October, 2007.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE